# United States District Court
District of Arizona

## WARRANT FOR ARREST

United States of America
V.
MARIA THERESA DIETZ-KINN

CASE NUMBER : CR 08-00703-TUC-JMR(CRP)

*To:* The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest MARIA THERESA DIETZ-KINN

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☒ Order of Court

☐ Violation Notice ☐ Probation/Pretrial Release Violation Petition

charging him or her with (brief description of offense) Failure to Appear for Initial Appearance

In violation of Title ___18___ United States Code, Section(s) ___3146___

```
___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

      NOV 1 8 2008

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

RICHARD H. WEARE
Name of Issuing Officer

CLERK
Title of Issuing Officer

*Signature of Issuing Officer*

10/31/08, Tucson, Arizona
Date and Location

Sherry Gammon
(By) Deputy Clerk

To be held without bond pending appearance before this court by a United States Magistrate Judge.

| **RETURN** | | | |
|---|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at: | | | |
| Date Received 11/04/08 | Name and Title of Arresting Officer AND INITIALED | 11/18/08 IN THE DISTRICT OF ARIZONA | Signature of Arresting Officer |
| Date of Arrest 11/17/08 | | | |

Raquel Arellano; Rick Jones (UPON ARREST); PSA; USM (original & 1 cc); JMR; CRP