UNITED STATES DISTRICT COURT MAGISTRATE JUDGE'S MINUTES
DISTRICT OF ARIZONA - TUCSON

DATE: 1/21/2009 CASE NUMBER: CR 08-00703-002-TUC-JMR(CRP)

USA vs. MARIA THERESA DIETZ-KINN

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☐ RELEASED ☒ CUSTODY

U.S. MAGISTRATE JUDGE: MAGISTRATE CHARLES R. PYLE   Judge #: 70BM

U.S. Attorney  Raquel Arellano INTERPRETER REQ'D  N/A

Attorney for Defendant  Richard B. Jones ☒ Appt ☐ Ret ☐ FPD ☐ Spec Appr

Attorney for Co-Defendant, David Kinn, Jay Marble (present) ☐ Appt ☐ Ret ☒ FPD ☐ Spec Appr

MATTER COMES BEFORE THIS COURT FOR HEARING ON MOTION TO REOPEN DETENTION

Motion hearing held. The Government and defense counsel present argument to the Court. **IT IS ORDERED** Defendant's Motion to Reopen Detention Hearing [33] is GRANTED.

**IT IS FURTHER ORDERED** Defendant is released on the previously imposed conditions of release, which was dated 6/10/08. Defendant is advised of the previously set conditions of release and released.

**IT IS FURTHER ORDERED** setting a Status Conference for **2/5/09 at 9:30 a.m. before Magistrate Judge Charles R. Pyle.** Pretrial Services is to prepare a Supplemental Report concerning Defendant's mental health treatment.

Recorded by Courtsmart
BY:  Cheryl Bothwick
Deputy Clerk

Motion hrg: 28 mins.